No. 661. ALLEN ET AL. *v.* STATE BOARD OF ELECTIONS ET AL. Appeal from D. C. E. D. Va. Further consideration of question of jurisdiction in this case postponed to hearing of case on the merits. *Jack Greenberg, James M. Nabrit III, Oliver W. Hill, S. W. Tucker,* and *Henry L. Marsh III* for appellants. *Robert Y. Button,* Attorney General of Virginia, and *R. D. McIlwaine III,* Assistant Attorney General, for appellees. *Solicitor General Griswold* and *Assistant Attorney General Pollak* filed a memorandum for the United States by invitation of the Court.

No. 1058. FAIRLEY ET AL. *v.* PATTERSON, ATTORNEY GENERAL OF MISSISSIPPI, ET AL.;

No. 1059. BUNTON ET AL. *v.* PATTERSON, ATTORNEY GENERAL OF MISSISSIPPI, ET AL.;

No. 1174. WHITLEY ET AL. *v.* WILLIAMS, GOVERNOR OF MISSISSIPPI, ET AL. Appeals from D. C. S. D. Miss. Further consideration of question of jurisdiction in these cases postponed to hearing of the cases on the merits. Cases consolidated and a total of two hours allotted for oral argument. *Denison Ray* and *Lawrence Aschenbrenner* for appellants in Nos. 1058 and 1059. *Armand Derfner, Alvin J. Bronstein,* and *Richard B. Sobol* for appellants in No. 1174. *Joe T. Patterson,* Attorney General of Mississippi, *pro se,* and *William A. Allain* and *Will S. Wells,* Assistant Attorneys General, for appellees in all three cases. *Solicitor General Griswold, Assistant Attorney General Pollak, Louis F. Claiborne, Francis X. Beytagh, Jr.,* and *Nathan Lewin* filed a memorandum for the United States, as *amicus curiae,* by invitation of the Court. Reported below: No. 1058, 282 F. Supp. 164; No. 1059, 281 F. Supp. 918.